IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAVOR ROYBAL,

    Plaintiff,

    v.                                  CIV No. 13-610 KG/GBW

UNITED STATES OF AMERICA,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On April 3, 2014, this Court granted in part and denied in part Plaintiff's motion to compel. *Doc. 58*. Pursuant to that order, Defendant was required to submit certain documents for in camera review by April 10, 2014. *Id*. On April 9, 2014, the Court granted Defendant's Motion to Stay, but specifically required that Defendant still comply with the order on the motion to compel. *Doc. 62* at 5 n.2. As of the date of this order, Defendant has failed to submit the required documents for in camera review.

Under Rule 37(b)(2), the Court may impose sanctions for failing to obey a discovery order. FED. R. CIV. P. 37(b)(2). Further, the Court may assess sanctions under its inherent power where an attorney willfully disobeys a court order. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45 (1991).

In light of the forgoing, **IT IS HEREBY ORDERED** that Defendant shall show cause in writing not later than seven days from the filing of this order why the Court should not assess sanctions against Defendant and/or Defendant's counsel for failure to comply with the Court's order.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE